IN THE BANKRUPTCY COURT FOR THE UNITED STATES
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| IN THE MATTER OF: | In Bankruptcy |
| AMERICAN CAMSHAFT SPECIALTIES, INC., et al[1]<br>a Delaware Corporation | Case No: 06-58298-PJS |
| Debtor. _____/ | Chapter 7<br>Hon. PHILLIP J. SHEFFERLY<br>Jointly Administered |

**ORDER GRANTING TRUSTEE'S MOTION FOR AUTHORITY
TO COMPROMISE CLAIM AGAINST HOFF ENTERPRISES, INC., ADVERSARY
PROCEEDING NO. 08-5446 AND ACTION INDUSTRIAL SUPPLY CO., ADVERSARY
PROCEEDING NO. 08-5423 & ADECCO NORTH AMERICA, LLC,
ADVERSARY PROCEEDING NO. 08-5389, VERSATILE FABRICATION COMPANY,
INC., ADVERSARY PROCEEDING NO. 08-5513 & REID SUPPLY COMPANY,
<u>ADVERSARY PROCEEDING NO. 08-5504</u>**

This matter having come before the Court upon the Trustee's Motion For Authority To Compromise Claim Against Hoff Enterprises Adversary Proceeding No. 08-5446, Action Industrial Supply Co., Adversary Proceeding No. 08-5423, Adecco North America, LLC, Adversary Proceeding No. 08-5389, Versatile Fabrication Company, Inc. and Reid Supply Company, Adversary Proceeding No. 08-5504 ("Motion"), Notice of the filing of said Motion having been provided to all appropriate creditors and parties in interest; the Court having reviewed said Motion and having noted the reasons set forth therein; and the Court being otherwise fully advised in the premises;

**NOW, THEREFORE, IT IS HEREBY ORDERED** that the Motion is granted in all respects.

**IT IS FURTHER ORDERED** that the Trustee be and hereby is authorized to compromise the estate's claim against Hoff Enterprises, Inc. as set forth in the complaint filed by the Trustee for

---

[1]The Debtors in this jointly administered bankruptcy proceeding are: American Camshaft Specialties, Inc., a Delaware corporation, Case No. 06-58298; Assembled Camshafts, Inc., a Delaware corporation, Case No. 06-58300; ACS Orland, Inc., a Delaware corporation, Case No. 06-58301; and ACS Grand Haven, Inc., a Delaware corporation, Case No. 06-58302.

the sum of $9,000.00;

**IT IS FURTHER ORDERED** that the Trustee be and hereby is authorized to compromise the estate's claim against Action Industrial Supply Co. as set forth in the complaint filed by the Trustee for the sum of $8,000.00[2];

**IT IS FURTHER ORDERED** that the Trustee be and hereby is authorized to compromise the estate's claim against Adecco North America, LLC as set forth in the complaint filed by the Trustee for the sum of $25,000.00;

**IT IS FURTHER ORDERED** that the Trustee be and hereby is authorized to compromise the estate's claim against Versatile Fabrication Company, Inc. as set forth in the complaint filed by the Trustee for the sum of $11,000.00;

**IT IS FURTHER ORDERED** that the Trustee be and hereby is authorized to compromise the estate's claim against Reid Supply Company as set forth in the complaint filed by the Trustee for the sum of $2,000.00;

**IT IS FURTHER ORDERED** that the Trustee be and hereby is authorized to execute such documents which, in the exercise of his business judgment, are necessary to effectuate the terms of the settlements.

**Signed on September 18, 2009**

                                              **/s/ Phillip J. Shefferly**
                                              **Phillip J. Shefferly**
                                              **United States Bankruptcy Judge**

---

[2]The settlement in the Action Industrial Supply Co. adversary proceeding calls for two payments by Action to the Trustee, $4,000 upon the execution of a settlement agreement and $4,000 within thirty days thereafter. Action will also sign a consent judgment in the amount of $41,925.29 to be entered only if Action fails to make the payments under the Settlement Agreement.